| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) FRIEDMAN, BERNARD A. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 07/27/2016 **AMENDED** |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address<br>100 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-Employed Psychological Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | New Plan Administrator |
| 2. Prin Trust (SM) Tgt 2020 Fund | A | Dividend | M | T | | | | | |
| 3. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 4. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 5. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 6. Jennisin (Rainier) | A | Dividend | J | T | | | | | |
| 7. FIDELITY IRA TRADITIONAL | | None | | | | | | | (Heading) |
| 8. Spartan Total Mk. Index Fund | A | Dividend | N | T | Buy | 03/12/15 | N | | Fidelity |
| 9. Fidelity Stock Selector | A | Dividend | K | T | Buy | 03/12/15 | K | | Fidelity |
| 10. Fidelity Gov. Cash Reserves | A | Dividend | N | T | Buy | 03/12/15 | K | | Fidelity |
| 11. Fidelity Real Estate Inv. | A | Dividend | K | T | Buy | 03/12/15 | K | | Fidelity |
| 12. Blackstone Alternative Multi-Manager Fund I | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |
| 13. Fimm MMKT Port Inst CL | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |
| 14. Strategic Advisers Core Fund | B | Dividend | | | Sold | 12/30/15 | K | D | Fidelity |
| 15. Strategic Advisers Emerging Markets | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |
| 16. Strategic Advisers U S Opportunity Fund | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |
| 17. Strategic Advisers Small-Mid Cap Fund | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fidelity Short Term Bond | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |
| 19. Arden Alternative Strategies Class | A | Dividend | | | Sold | 12/30/15 | J | A | Fidelity |
| 20. Templeton Global Bond Class A | A | Dividend | | | Sold | 12/30/15 | J | B | Fidelity |
| 21. Lloyd's Mobile Home Ltd. P'ship Int. | | None | K | W | | | | | |
| 22. Archwood Apt. Assoc. Ltd. Partnership Interest | | None | | | Sold | 12/15/15 | K | C | Slatkin Corp. |
| 23. Weathervane Apt. Assoc., a Ltd. Partnership | | None | | | Sold | 12/15/15 | K | C | Slatkin Corp. |
| 24. Bellridge Apartment Assoc., Limited Partnership | | None | | | Sold | 12/15/15 | K | C | Slatkin Corp. |
| 25. Kingsborough Ltd. P/S in Mobile Home Park | | None | | | Closed | 09/10/15 | J | A | Kingswood Ltd. |
| 26. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 27. OLTC, Ltd. | | None | K | W | | | | | |
| 28. JPMorgan Chase | B | Dividend | J | T | | | | | |
| 29. Certificates of Deposit/Regular Savings - JP Morgan Chase | B | Interest | M | T | | | | | |
| 30. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 31. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 32. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 33. Pepsico | C | Dividend | O | T | | | | | |
| 34. Disney | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kellogg | A | Dividend | K | T | | | | | |
| 36. Lockheed Martin | A | Dividend | J | T | | | | | |
| 37. Wal-Mart | A | Dividend | J | T | | | | | |
| 38. Wells Fargo Bank | A | Int./Div. | O | T | Buy | 12/15/15 | O | | Wells Fargo |
| 39. Ford Motor Credit Bonds | A | Int./Div. | M | T | Buy | 12/30/15 | M | | Wells Fargo |
| 40. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 41. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 42. University of Cincinnati Ohio | A | Interest | | | Redeemed | 03/15/15 | J | A | Wells Fargo |
| 43. Pennyslvania State U | A | Interest | K | T | | | | | |
| 44. Washington State Motor | A | Interest | | | Redeemed | 03/15/15 | K | A | Wells Fargo |
| 45. Ohio State Higher Ed. | A | Interest | | | Redeemed | 04/15/15 | K | A | Wells Fargo |
| 46. Ill Financial Aut Rev | A | Interest | K | T | | | | | |
| 47. Atre Focus Fund | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 48. GA Belle Focus Five Fund | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 49. Vulcan Value Partners | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 50. Wells Fargo Absolute | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 51. Wintergreen Fund | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Capital World | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 53. Blackrock Global | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 54. Fairholme Fund | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 55. Franklin Mutual Global | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 56. IVA Worldwide | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 57. IVY Asset Strategy | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 58. Jensen Portfolio CL 1 | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 59. Pimco All Asset All | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 60. Third Avenue Value Fund | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 61. UAM FPA Crescent Port | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 62. Wells Fargo Advantage | A | Dividend | | | Sold | 12/30/15 | K | A | Merrill Lynch |
| 63. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 64. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 65. Diversified International | A | Dividend | J | T | | | | | |
| 66. Appreciation Fund | A | Dividend | L | T | | | | | |
| 67. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 68. Magellan | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 70. Fidelity Canada | A | Dividend | J | T | | | | | |
| 71. Contrafund | A | Dividend | K | T | | | | | |
| 72. Fidelity Bal | A | Dividend | J | T | | | | | |
| 73. Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 74. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 75. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 76. Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 77. Janus Fund | A | Dividend | J | T | | | | | |
| 78. American Century IRA/S & F Ultra Fund | A | Dividend | J | T | | | | | |
| 79. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 80. Capital Appreciation | A | Dividend | J | T | | | | | |
| 81. (CAPTION) COMMON STOCK HELD BY WELLS FARGO | | None | | | (Heading) | | | | |
| 82. ADT Corp | A | Dividend | J | T | | | | | |
| 83. Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 84. American Bal. Fund | A | Dividend | K | T | | | | | |
| 85. American International Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 87. Arkema | A | Dividend | J | T | | | | | |
| 88. AT&T | A | Dividend | K | T | | | | | |
| 89. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 90. BP PLC | A | Dividend | J | T | | | | | |
| 91. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 92. CISCO Systems | A | Dividend | K | T | | | | | |
| 93. CMS | A | Dividend | J | T | | | | | |
| 94. Coca-Cola | A | Dividend | K | T | | | | | |
| 95. Disney Walt | A | Dividend | M | T | | | | | |
| 96. Duke Energy | A | Dividend | J | T | | | | | |
| 97. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 98. Gartner Group - B | A | Dividend | J | T | | | | | |
| 99. General Electric | A | Dividend | K | T | | | | | |
| 100. General Mills | A | Dividend | K | T | | | | | |
| 101. Haylan Health | A | Dividend | J | T | | | | | |
| 102. Home Depot | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Intel Corp. | A | Dividend | J | T | | | | | |
| 104. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 105. Johnson & Johnson | A | Dividend | M | T | | | | | |
| 106. J. P. Morgan Chase | A | Dividend | L | T | | | | | |
| 107. Kimberly Clark | A | Dividend | K | T | | | | | |
| 108. L Brands (Limited) | A | Dividend | J | T | | | | | |
| 109. LSI Corp. | A | Dividend | | | Redeemed | 05/14/15 | J | A | Wells Fargo (missed 2014) |
| 110. Manu Financial | A | Dividend | K | T | | | | | |
| 111. Masco Corp. | A | Dividend | | | Donated | | | | |
| 112. McDonald's Corp. | A | Dividend | M | T | | | | | |
| 113. Merck & Co. | B | Dividend | M | T | | | | | |
| 114. MGM Resorts International | A | Dividend | J | T | | | | | |
| 115. NCR | A | Dividend | J | T | | | | | |
| 116. Pentair Ltd | A | Dividend | J | T | | | | | |
| 117. Proassurance | A | Dividend | K | T | | | | | |
| 118. Prudential Financial | A | Dividend | J | T | | | | | |
| 119. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Target | A | Dividend | K | T | | | | | |
| 121. TE Connectivity | A | Dividend | J | T | | | | | |
| 122. Teradata | A | Dividend | J | T | | | | | |
| 123. Teva Pharmaceutical ADR | A | Dividend | J | T | | | | | |
| 124. Top Build Corp. | A | Dividend | J | T | Spinoff<br>(from line 111) | 07/15/15 | J | | |
| 125. Tyco International | A | Dividend | K | T | | | | | |
| 126. US Bancorp (was line 50) | A | Dividend | K | T | | | | | |
| 127. Wells Fargo | A | Dividend | L | T | | | | | |
| 128. Walgreen (Boots) | A | Dividend | J | T | | | | | |
| 129. Waste Management | A | Dividend | J | T | | | | | |
| 130. Whole Foods | A | Dividend | J | T | | | | | |
| 131. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 132. Invesco FDS European Growth | A | Dividend | K | T | | | | | |
| 133. Federated Kaufman | A | Dividend | J | T | | | | | |
| 134. R S Value Fund | A | Dividend | J | T | | | | | |
| 135. Janus Contrarian *X | A | Dividend | J | T | | | | | |
| 136. Janus Overseas Fund Class T | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | | | | |
| 138. Select Am Shares *X | A | Dividend | J | T | | | | | |
| 139. Wells Fargo Bank CD | A | Dividend | N | T | | | | | |
| 140. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 141. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 142. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 143. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 144. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 145. Growth Index Fund | A | Dividend | J | T | | | | | |
| 146. T Rowe Price Tax Free Income ADV CL | B | Dividend | K | T | | | | | |
| 147. DFCU CD | A | Interest | N | T | | | | | |
| 148. WELLS FARGO IRA (heading) | | | | | | | | | (Heading) |
| 149. Vanguard Equity Income *X | A | Interest | K | T | | | | | |
| 150. Vanguard Prime Cap *X | A | Interest | J | T | | | | | |
| 151. Vanguard Wellington *X | A | Interest | K | T | | | | | |
| 152. Vanguard Windsor *X | A | Interest | J | T | | | | | |
| 153. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 07/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All errors appearing on the Audit Report are heading lines (not investments).

With regard to Line #94, which appeared in the 2014 report, Coca-Cola was inadvertenly omitted from the original filing of the 2015 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ BERNARD A. FRIEDMAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544